PEOPLE of the State of New York ex rel. Thomas L. DELANEY, relator, v. Michael J. MESCALL, applt., impleaded, etc. (Supreme

Court, Appellate Division, Fourth Department. January 12, 1916.) Appeal dismissed, with costs (except argument fee) to relator against appellant, upon stipulation filed.